TIMOTHY KEARNEY, Appellant, *v.* CHARLES F. SEYMOUR, Respondent.

*Kearney* v. *Seymour*, 143 App. Div. 928, affirmed.
(Submitted February 14, 1913; decided March 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1911, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Moses Feltenstein* for appellant.

*Abram I. Elkus, Carlisle J. Gleason* and *John de R. Storey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ.   Not sitting: MILLER, J.